# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2202 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | Board File No. C3-15-558 |
| v. | : | |
| | : | Attorney Registration No. 69680 |
| KATHLEEN GRANAHAN KANE, | : | |
| Respondent | : | (Dauphin County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 21st day of September, 2015, upon consideration of the responses to a Rule to Show Cause why Kathleen Granahan Kane should not be placed on temporary suspension, the Rule is made absolute; Respondent Kathleen Granahan Kane is placed on temporary suspension; and, to the extent applicable, she shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this order pursuant to Pa.R.D.E. 208(f)(4), and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6), are specifically preserved.

This order should not be construed as removing Respondent from elected office and is limited to the temporary suspension of her license to practice law.